IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


GEORGE McDUFFIE,                              )
                           Plaintiff          )
                                              )
       vs.                                    ) Civil Action No. 08-55
                                              ) Judge Arthur J. Schwab/
JOSEPH DUPONT, Hearing Examiner;              ) Magistrate Judge Amy Reynolds Hay
LOUIS S. FOLINO, Superintendent,              )
                           Defendants         )


## MEMORANDUM ORDER


On April 10, 2008, this civil rights action which was filed January 14, 2008 (Doc. 1),

was referred to United States Magistrate Judge Amy Reynolds Hay for pretrial proceedings in

accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and

72.1.4 of the Local Rules for Magistrates.

On April 11, 2008, the magistrate judge issued a Report and Recommendation (Doc. 3)

recommending that the District Court dismiss the Complaint for failure to comply with the

court's order to complete and sign the motion forms requesting *in forma pauperis* status, or, in

the alternative to file a statement of noncompliance. Service of the Report and Recommendation

was made on the Plaintiff. No Objections were filed.

Following a review of the pleadings and documents in the case, together with the Report

and Recommendation, the following order is entered:

AND NOW, this 30ᵗᴴ day of April 2008, IT IS HEREBY ORDERED that the

Complaint filed in this matter (Doc. 1) be dismissed., and that the Report and Recommendation of Magistrate Judge Hay dated April 28, 2008 (Doc. 3) be hereby adopted as the opinion of the court.

Arthur J. Schwab
U. S. District Judge

cc:    Amy Reynolds Hay
United States Magistrate Judge

George McDuffie
EW-0970
SCI Greene
175 Progress Drive
Waynesburg, PA 15370